# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                              NO. 2020 KW 0984

VERSUS

GARY R. TATE                                    **DECEMBER 07, 2020**

---

In Re:    Gary R. Tate, applying for supervisory writs, 21st
          Judicial District Court, Parish of Tangipahoa, Nos.
          1700286, 1902524 & 47096.

---

**BEFORE:   HIGGINBOTHAM, THERIOT, AND WOLFE, JJ.**

**WRIT DENIED.** The documents attached to the writ application
show that on or about January 4, 1996, relator was notified by
the Department of Public Safety and Corrections of his duty to
register as a sex offender with the sheriff's office of the
parish in which he resides. See La. R.S. 15:542.1.1. See also
La. R.S. 15:544(F)(2).

**TMH**
**MRT**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT